IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA, CENTRAL DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION<br>) NO. 4:22-cv-00037-SMR-SBJ |
| v. | )<br>) **APPEARANCE** |
| WALMART INC., AND<br>WAL-MART STORES EAST, LP | )<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Hannah Henkel shall appear as counsel of record for Plaintiff United States Equal Employment Opportunity Commission in this case.

Respectfully submitted this 9th day of February 2022.

*/s/ Hannah Henkel /s/*
Hannah Henkel (IL # 6324037)
Trial Attorney
U.S. Equal Employment Opportunity Commission
Reuss Federal Plaza
310 West Wisconsin Avenue, Suite 500
Milwaukee, WI 53203
*Telephone*:   (414) 662-3680
*Email*:        hannah.henkel@eeoc.gov