**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WALMART INC. and WAL-MART STORES EAST, LP,<br><br>　　　　Defendants. | CASE NO. 4:22-cv-00037-SMR-SBJ<br><br>**STIPULATED PROTECTIVE ORDER REGARDING SOCIAL SECURITY NUMBERS** |

　　　　The parties incorporate the Protective Order previously entered on July 1, 2022 (Filing No. 17), and further stipulate that:

　　　　The parties may further restrict Confidential designations for social security numbers of Defendants' current or former employees as "Confidential for Attorney Eyes Only" in which case only attorneys for the parties and such attorneys' staff may have access to such information or documents containing social security numbers and may not provide copies to any third party or their client except upon order of the Court or written permission of the producing party.

　　　　SO ORDERED this 28th day of December 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　STEPHEN B. JACKSON, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Prepared and submitted by:

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, | WALMART INC. and WAL-MART STORES EAST, LP, Defendants, |

By: /s/ Miles Schultz
 Miles Shultz
 Kelly Bunch (IL# 6323195)
 Justin Mulaire
 U.S. Equal Employment Opportunity Commission, Chicago District Office
 230 S Dearborn St, Ste 2920
 Chicago, IL 60604
 312-872-9704
 Kelly.bunch@eeoc.gov
 Justin.mulaire@eeoc.gov

And

 Hannah Henkel (# 6324037)
 U.S. Equal Employment Opportunity Commission
 Reuss Federal Plaza
 310 W Wisconsin Ave, Ste 500
 Milwaukee, WI 53203
 414-662-3680
 Hannah.henkel@eeoc.gov

By: /s/ Heidi A. Guttau
 Heidi A. Guttau (IA# 15513)
 Christopher R. Hedican (IA# 16099)
 ICIS #AT0000372
of BAIRD HOLM LLP
 1700 Farnam St, Ste 1500
 Omaha, NE  68102-2068
 Phone: 402-344-0500
 Fax: 402-344-0588
 Email: hguttau@bairdholm.com
 Email: chedican@bairdolm.com

DOCS/2908432.1