# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. and WAL-MART STORES EAST, LP,<br><br>Defendants. | CASE NO. 4:22-cv-00037-SMR-SBJ<br><br>**JOINT STATUS REPORT** |

Plaintiff U.S. Equal Employment Opportunity Commission, and Defendants Walmart Inc. and Wal-Mart Stores East, LP, respectfully submit this Joint Status Report in accordance with the January 29, 2023, Order entered by this Court (Filing No. 26). The parties have conferred and state the following:

1. Written discovery is mostly completed with some minor remaining written discovery and supplementation likely.

2. Expert disclosures are completed.

3. The parties have completed four depositions and anticipate taking a few more depositions.

4. At least one party anticipates filing a dispositive motion by the April 25, 2023, deadline.

5. The parties believe they are on track to meet their remaining deadlines set by this Court for this case.

6. The August 21, 2023 trial date still works for both parties.

Dated this 15th day of February, 2023.

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, | WALMART INC. and WAL-MART STORES EAST, LP, Defendants, |
| By: /s/ Miles Shultz<br>Miles Shultz<br>Hannah Henkel (IL# 6324037)<br>U.S. EEOC<br>Reuss Federal Plaza<br>310 W Wisconsin Ave, Ste 500<br>Milwaukee, WI 53203<br>414-662-3680<br>Hannah.henkel@eeoc.gov<br><br>and<br><br>Kelly Bunch (IL# 6323195)<br>Justin Mulaire<br>U.S. EEOC<br>230 S Dearborn St, Ste 2920<br>Chicago, IL 60604<br>312-872-9704<br>Kelly.bunch@eeoc.gov<br>Justin.mulaire@eeoc.gov | By: /s/ Heidi A. Guttau<br>Heidi A. Guttau (IA# 15513)<br>Christopher R. Hedican (IA# 16099)<br> ICIS #AT0000372<br>BAIRD HOLM LLP<br>1700 Farnam St, Ste 1500<br>Omaha, NE  68102-2068<br>Phone: 402-344-0500<br>Fax: 402-344-0588<br>Email: hguttau@bairdholm.com<br>Email: chedican@bairdolm.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was sent via electronic mail this 15th day of February, 2023, to the following:

Kelly Bunch – kelly.bunch@eeoc.gov
Miles Shultz – miles.shultz@eeoc.gov
Hannah Henkel – hannah.henkel@eeoc.gov
Deborah L. Hamilton – Deborah.hamilton@eeoc.gov

s/Heidi A. Guttau