IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| U.S. EQUAL OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. and WAL-MART STORES EAST, LP,<br><br>Defendants. | CASE NO. 4:22-cv-00037-SMR-SBJ |

**Notice of Partial Voluntary Dismissal**

    IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties that the plaintiff's claim for discrimination based on race, set forth in Paragraph 18 of its complaint, is voluntarily dismissed by Plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees.

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, | WALMART INC. and WAL-MART STORES EAST, LP, Defendants, |
| By: s/ Miles Shultz<br>Miles Shultz<br>Hannah Henkel (IL# 6324037)<br>U.S. EEOC<br>Reuss Federal Plaza<br>310 W Wisconsin Ave, Ste 500<br>Milwaukee, WI 53203<br>414-662-3680<br>Hannah.henkel@eeoc.gov | By: s/ *with permission* Heidi Gattau<br>Heidi A. Guttau (IA# 15513)<br>Christopher R. Hedican (IA# 16099)<br>ICIS #AT0000372<br>BAIRD HOLM LLP<br>1700 Farnam St, Ste 1500<br>Omaha, NE 68102-2068<br>Phone: 402-344-0500<br>Fax: 402-344-0588<br>Email: hguttau@bairdholm.com<br>Email: chedican@bairdolm.com |