# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., AND WAL-MART STORES EAST, LP<br><br>Defendants. | Case No. 4:22-cv-00037-SMR-SBJ |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff U.S. Equal Employment Opportunity Commission and Defendants Walmart, Inc., and Wal-Mart Stores East, LP have agreed to the terms of the attached proposed Consent Decree as final resolution of this litigation between them and jointly move that the Court enter the Decree and sign the notice attached as Exhibit B to the Decree.

Date: January 8, 2024                                                      Respectfully submitted,

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, | WALMART INC. and WAL-MART STORES EAST, LP, Defendants, |
| By:  s/ Justin Mulaire<br>Elizabeth B. Banaszak<br>Justin Mulaire<br>U.S. Equal Employment<br> Opportunity Commission<br>230 S. Dearborn St., Suite 2920<br>Chicago, IL  60604<br>Telephone: (312) 872-9676<br>elizabeth.banaszak@eeoc.gov<br>justin.mulaire@eeoc.gov | By:  s/ Heidi A. Guttau (by consent)<br>Heidi A. Guttau (IA# 15513)<br>Christopher R. Hedican (IA# 16099)<br> ICIS #AT0000372<br>BAIRD HOLM LLP<br>1700 Farnam St, Ste 1500<br>Omaha, NE  68102-2068<br>Phone: 402-344-0500<br>Fax: 402-344-0588<br>Email: hguttau@bairdholm.com<br>Email: chedican@bairdolm.com |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was filed and served on counsel of record on January 8, 2024, via ECF.

                                                        s/ Justin Mulaire